# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff )<br>)<br>   v. )<br>)<br>PETER MCCARTHY )<br>STEPS TO SOLUTIONS, INC., )<br>)<br>   Defendants ) | CIVIL ACTION NO. 1:21-11300-DLC |

## JUDGMENT IN A CIVIL CASE

Cabell, M.J.

[X]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff United States of America in the amount of $3,805,000.00.

                                                                                       ROBERT FARRELL,
                                                                                   CLERK OF COURT

Dated:  May 24, 2024                                By  `/s/ Noreen A. Russo`
                                                                                    Noreen A. Russo
                                                                                    Deputy Clerk

(Civil Judgment3.wpd - 11/98)                                                                                                                                                                          [jgm.]