**EXHIBIT F**

Defendant McCarthy's Facebook Post From August 14



**James Richardson**
3d

MALE BEDS CALL 978-871-7871

FEMALE BEDS CALL 774-214-6440

**Peter Mccarthy**
We out here in Worcester passing them out and Providence New Hampshire Mass Maine in motion

3d  Like  Reply

**Peter Mccarthy**
We a world wide thing

3d  Like  Reply