**EXHIBIT G**

Defendant McCarthy's Girlfriend's Facebook Post From August 3 With Reply By Defendant

McCarthy

## Rebecca's Post



 **Rebecca Harger Zwicker**
August 3 at 5:13 PM ·

RECOVERY HOMES AVAILABLE - Looking for safe Recovery housing, we have Couples, Male & Female beds available at our Recovery Homes located in Lynn, MA! Please call for more information! 774-214-6440
STS & CPAR Recovery Homes Together!

👍❤️🥰 19                                    5 comments  5 shares

👍 Like                                      💬 Comment

Most relevant ▾

 **Katey A Hammond**
Can you make shareable
2w

 **Rebecca Harger Zwicker**
Katey A Hammond done!!!
2w

 **Debbie DePaolantonio**
I have a friend getting out of the hospital soon and needs a room . could either of you help? Peter Mccarthy 🙏💪
2w

 **Peter Mccarthy**
Debbie DePaolantonio we got him
2w

 **Jenna Keaton**
Do you know of a female recovery house? My 23 yr daughter is getting out of rehab couple weeks n I don't want her to "just get out" I'd like her in sober living with therapy n groups n help getting a job n later into housing
1w