UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America
Plaintiff(s)

v.  CIVIL ACTION NO. 1:21-cv-11300-DLC

Peter McCarthy, et al.
Defendant(s)

**FINAL JUDGMENT IN A CIVIL CASE**

Cabell, MJ

__X__ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

JUDGMENT entered for the plaintiff United States of America in the amount of $1,420,000.00

ROBERT M. FARRELL
CLERK OF COURT

Dated: 1/27/26

By /s/ Noreen A. Russo
Deputy Clerk